**FILED**
2007 May-21  AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>MIDDLE DIVISION</u>

| | |
|---|---|
| THOMAS RANDALL ACKER, | ) |
| | ) |
| Movant, | ) |
| v. | ) CR. NO. 03-C-566-M |
| | ) CV. NO. 05-C-8035-M |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed his findings and recommendation on April 25, 2007, recommending that the motion to vacate be denied.  The parties were allowed an opportunity to file objections to the magistrate judge's findings and recommendation.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is DENIED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 21st day of May, 2007.

U.W. Clemon
United States District Judge